IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| ROXANNE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:16-cv-00132-GNS |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC et al. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC

Comes the Plaintiff, Roxanne Walker, and hereby stipulates that Plaintiff's cause against

Equifax Information Services, LLC should be dismissed, with prejudice, with each party to bear

its own costs and attorneys' fees.

Respectfully submitted this 26th day of October, 2016.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger
